

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2020

No. 04-18-00906-CV

**AMERICAN ASSURANCE COMPANY,**
Appellant

v.

Noela **DE LOS SANTOS,** Individually and as next friend of Kimberly A. Ruiz,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-11-45222-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

On December 23, 2019, this court denied Appellant's and Appellees' motions for rehearing. A motion for en banc reconsideration was due on January 7, 2020. *See* TEX. R. APP. P. 49.1

Before the due date, Appellees filed a motion for extension of time to file a motion for en banc reconsideration.

The motion for extension of time to file a motion for en banc reconsideration is GRANTED. The motion for en banc reconsideration is due on February 6, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court